UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINA COLE MITCHELL,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 20-cv-10906

HON. ELIZABETH A. STAFFORD

## **JUDGMENT**

For the reasons stated in the Opinion and Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED. This case is hereby DISMISSED in its entirety with prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

By:   s/Marlena Williams
       DEPUTY COURT CLERK

APPROVED:

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2021